In the Matter of the Application of LOEW's BUFFALO THEATRES, INC., Respondent, for the Removal of GOLDE CLOTHES SHOP, INC., Appellant, from Certain Premises.

(Submitted November 20, 1922; decided November 28, 1922.)

Motion to amend remittitur denied, without costs. (See 233 N. Y. 495; 234 N. Y. 533.)